# EXHIBIT A

LAW OFFICE CUNEO & LEONETTI
By: David K. Cuneo, Esquire (ID: 034601984)
885 Haddon Avenue
Collingswood, New Jersey 08108
(856) 869-9066
cuneoesq@gmail.com
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| DURWOOD W. HANKINSON, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | **ATLANTIC** COUNTY |
| Plaintiff, | : | LAW DIVISION |
| | : | |
| vs. | : | DOCKET NO.:     **ATL-L-_____-25** |
| | : | |
| MICHAEL CECI, JR., CAROL CECI, | : | *CIVIL ACTION* |
| VRBO, an EXPEDIA GROUP COMPANY,: | | |
| and JOHN DOE, INC., i/j/s/a, | : | |
| | : | **COMPLAINT AND JURY DEMAND** |
| Defendants | : | |
| | : | |

Plaintiff, Durwood W. Hankinson, a resident of the Township of Lawrenceville, County of Mercer, and State of New Jersey, by way of complaint against the Defendants, says:

## COUNT ONE

1.   On August 25, 2024, Plaintiff rented a vacation property, through VRBO, located at 229 North 10th Street, Unit 3, in the City of Brigantine, County of Atlantic, State of New Jersey.

2.   At all times relevant, defendants Michael Ceci, Jr. And Carol Ceci were the owners and / or managers of the aforesaid property and responsible for keeping said property is a safe and hazard free condition.

3.   At the time of his visit on August 25, 2024, Plaintiff was sitting on a chair on the outside back deck of said property when the chair, which was rusted and in deteriorated condition, broke, causing Plaintiff to fall backwards causing significant and permanent personal injury.

4.       At all times relevant, Defendants were responsible for inspecting and maintaining the property, keeping it free of hazardous conditions.

5.       Defendants Michael Ceci, Jr. And Carol Ceci acted in a negligent and otherwise careless manner in allowing a dangerous condition to exist by failing to properly inspect for defects or dangerous conditions prior to renting the property to Plaintiff, which negligence directly led to Plaintiff's fall.

6.       As a direct and proximate result of the negligence, carelessness, and recklessness of the Defendants as aforesaid, plaintiff Durwood W. Hankinson fell thereby sustaining severe, painful, and permanent bodily injuries which have necessitated medical treatment, caused great pain, suffering and disability, and which will in the future similarly afflict the Plaintiff.

WHEREFORE, plaintiff Durwood W. Hankinson demands judgement against defendants Michael Ceci, Jr. and Carol Ceci, individually, jointly, severally and in the alternative, for compensatory damages, prejudgment interest, and cost of suit.

## COUNT TWO

1.       Plaintiff repeats the allegations of the first count as if set forth at length herein.

2.       At all times relevant, defendant VRBO, an Expedia Group Company, by and through its yet unidentified individuals was charged with the responsibility to inspect and otherwise take responsibility for the safe condition of its rental properties.

3.       At all times relevant defendant VRBO, an Expedia Group Company, was careless and otherwise negligent in failing to properly inspect and / or maintain the aforesaid property owned by Michael Ceci, Jr. and Carol Ceci, which directly led to the above-mentioned collapse and Plaintiff's injuries.

2

4.      As a direct and proximate result of the negligence, carelessness, and recklessness of defendant VRBO, an Expedia Group Company, plaintiff Durwood W. Hankinson fell thereby sustaining severe, painful, and permanent bodily injuries which have necessitated medical treatment, caused great pain, suffering and disability, and which will in the future similarly afflict the Plaintiff.

WHEREFORE, plaintiff Durwood W. Hankinson hereby demands judgement against defendant VRBO, an Expedia Group Company, for compensatory damages, prejudgment interest, and cost of suit.

## COUNT THREE

1.      Plaintiff repeats the allegations of the previous counts as if set forth at length herein.

2.      At all times relevant, defendant John Doe (fictitious name), the yet unidentified individual or commercial entity charged by and through its yet unidentified individuals was charged with the responsibility to inspect and otherwise take responsibility for the safe condition of its rental properties.

3.      At all times relevant defendant John Doe (fictitious name), was careless and otherwise negligent in failing to properly inspect and / or maintain the aforesaid property owned by Michael Ceci, Jr. and Carol Ceci, which directly led to the above-mentioned collapse and Plaintiff's injuries.

4.      As a direct and proximate result of the negligence, carelessness, and recklessness of defendant John Doe (fictitious name), plaintiff Durwood W. Hankinson fell thereby sustaining severe, painful, and permanent bodily injuries which have necessitated medical treatment, caused great pain, suffering and disability, and which will in the future similarly afflict the Plaintiff.

3

WHEREFORE, plaintiff Durwood W. Hankinson hereby demands judgement against defendant John Doe (fictitious name) for compensatory damages, prejudgment interest, and cost of suit.

## JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

David K. Cuneo, Esquire is hereby designated as trial counsel.

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Pursuant to Rule 4:10-2(b), demand is made that defendants disclose to plaintiff's attorney whether or not there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or indemnify or reimburse for payments made to satisfy the judgment and provide plaintiff's attorney with true copies of those insurance agreements or policies, including, but not limited to, any and all declaration sheets. This demand shall include and cover not only primary coverage, but also any and all excess, catastrophe, and umbrella policies.

## NOTICE PURSUANT TO RULES 1:5-1(a) AND 4:17-4(c)

PLEASE TAKE NOTICE that the undersigned attorney hereby demands that each party herein serving pleadings and/or interrogatories and/or receiving papers thereto serve copies of all such pleadings and answered interrogatories received from any party upon the undersigned and TAKE FURTHER NOTICE THAT THIS IS A CONTINUING DEMAND.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Plaintiff(s) further demand, pursuant to Rule 4:17-1, defendants answer under oath or duly certified the uniform interrogatories as prescribed by Form C of Appendix II of the Rules of Court of the State of New Jersey. The answers shall be provided within the time prescribed by law.

## NOTICE PURSUANT TO RULE 1:7(b)

PLEASE TAKE NOTICE that, pursuant to New Jersey Court Rule 1:7-1(b), the plaintiff may suggest to the trier of fact, with respect to any element of damages, that unliquidated damages be calculated on a time unit basis without reference to a specific sum.

## NOTICE OF UTILIZATION OF TIME UNIT
## METHOD OF CALCULATING DAMAGES

4

Be advised that plaintiff may utilize the time unit method for calculating damages at the time of trial.

<strong><u>NOTICE TO UTILIZE MEDICAL ILLUSTRATIONS</u></strong>

Plaintiff's experts may utilize medical charts and/or medical diagrams and/or medical illustrations of the affected areas of the body at the time of trial.

<strong><u>CERTIFICATION</u></strong>

I hereby certify that the matter in controversy herein is not the subject of any other action pending in any other court or arbitration process of which the undersigned is aware. Further, I hereby certify that no other action or arbitration process is contemplated. I further certify that it is not contemplated that any other party should be joined in this action.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 29, 2025

DAVID K. CUNEO, ESQUIRE

# Civil Case Information Statement

## Case Details: ATLANTIC | Civil Part Docket# L-002749-25

**Case Caption:** HANKINSON DURWOOD  VS CECI, JR. MICHAEL

**Case Initiation Date:** 09/29/2025

**Attorney Name:** DAVID KEVIN CUNEO

**Firm Name:** CUNEO & LEONETTI

**Address:** 885 HADDON AVE
COLLINGSWOOD NJ 08108

**Phone:** 8568699066

**Name of Party:** PLAINTIFF : Hankinson, Durwood, W

**Name of Defendant's Primary Insurance Company**
(if known): US Costal Ins

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** YES

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Durwood W Hankinson?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
        **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/29/2025
Dated

/s/ DAVID KEVIN CUNEO
Signed

**ATLANTIC COUNTY LAW DIVISION**
**SUPERIOR COURT OF NEW JERSEY**
**1201 BACHARACH BLVD**
**ATLANTIC CITY    NJ 08401**

                                        **TRACK ASSIGNMENT NOTICE**
**COURT TELEPHONE NO. (609) 402-0100**
**COURT HOURS  8:30 AM - 4:30 PM**

                        **DATE:    SEPTEMBER 29, 2025**
                        **RE:      HANKINSON DURWOOD  VS CECI, JR. MICHAEL**
                        **DOCKET: ATL L -002749 25**

     **THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.**

     **DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS**
**FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.**

     **THE PRETRIAL JUDGE ASSIGNED IS:  HON DANIELLE J. WALCOFF**

      **IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      202**
**AT:  (609) 402-0100 EXT 47611.**

     **IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A**
 **CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.**
     **PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE**
**WITH  R.4:5A-2.**
                        **ATTENTION:**
                              **ATT: DAVID K. CUNEO**
                              **CUNEO & LEONETTI**
                              **885 HADDON AVE**
                              **COLLINGSWOOD      NJ 08108**


**ECOURTS**

DURWOOD HANKINSON                     Plaintiff
                    vs.
MICHAEL CECI, JR                      Defendant

**Person to be served** (Name & Address):
MICHAEL CECI, JR.
2520 LENNI ROAD
ASTON, PA 19014

**Attorney:**
CUNEO & LEONETTI
885 Haddon Avenue
Collingswood, NJ 08108

Superior Court of New Jersey
Law Division
Atlantic County
Docket Number: ATL-L-2749-25

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, TAN, CIS

**Service Data:**

Served Successfully __X__   Not Served_____   Date: 10/21/2025   Time: 6:32 pm   Attempts:_____

____X____   Delivered a copy to him / her personally

_____   Left a copy with a competent household
            member over 14 years of age residing
            therein

_____   Left a copy with a person authorized to
            accept service, e.g. managing agent,
            registered agent, etc.

Name of Person Served and relationship / title:

_____

_____

**Description of Person Accepting Service:**

Sex: M____   Age: 79___   Height: 5'4___   Weight: 155___   Skin Color: WGITE_____   Hair Color: GRAY_____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                     _____ Date _____ Time

( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the 22nd day of
October, 2025 by the affiant who is personally known to
me.

NOTARY PUBLIC

CHRISTOPHER J MULLEN
Notary Public, State of New Jersey
Commission # 2389225
My Commission Expires Sep 3, 2029

I, John Baratta, was at the time of service a
competent adult not having a direct interest in the
litigation. I declare under penalty of perjury that the
foregoing is true and correct.

Signature of Process Server                    10/22/25
                                               Date

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700
Our Job Serial Number: CHL-2025011141
Ref: HANKINSON, DURWOOD

DURWOOD HANKINSON      Plaintiff

vs.

MICHAEL CECI, JR      Defendant

Superior Court of New Jersey
Law Division
Atlantic County
Docket Number: ATL-L-2749-25

**Person to be served** (Name & Address):
CAROL CECI
2520 LENNI ROAD
ASTON, PA 19014

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Attorney:**
CUNEO & LEONETTI
885 Haddon Avenue
Collingswood, NJ 08108

**Papers Served:** SUMMONS AND COMPLAINT, TAN, CIS

**Service Data:**

Served Successfully __X__    Not Served_____    Date: 10/29/2025    Time: 3:47 pm    Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

___X___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

MICHAEL CECI

HUSBAND

**Description of Person Accepting Service:**

Sex: M    Age: 79    Height: 5'3    Weight: 150    Skin Color: WHITE    Hair Color: GRAY

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                _____ Date _____ Time

( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the 30th day of October, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOPHER J MULLEN
Notary Public, State of New Jersey
Commission # 2389225
My Commission Expires Sep 3, 2029

I, John Baratta, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 10/30/25
Signature of Process Server      Date

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700
Our Job Serial Number: CHL-2025011347
Ref: HANKINSON, DURWOOD